1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2013 OCT -4 P 3:50

DANIEL G. BOGDEN
United States Attorney
Nevada State Bar # 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:13-CV-1025-MMD-(CWH)<br>) |
| $105,120.00 in UNITED STATES CURRENCY, | )<br>)<br>) |
| Defendant. | ) |

### MOTION FOR AN ORDER TO UNSEAL AND TO LIFT THE STAY AND FOR SERVICE OF PROCESS

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, moves this Honorable Court for an Order to unseal and to lift the stay in the above-captioned case.

The basis for lifting the stay is that the criminal case has been resolved and there is no need to seal and stay the civil forfeiture action. The stay and seal must be lifted so that Service of Process may be completed.

. . .

. . .

. . .

. . .

1. The United States further moves the Court for sixty days from the time the signed Order is received by the United States Attorney's Office to complete the service of process in this action.

DATED this 4TH day of October, 2013.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

MICHAEL A. HUMPRHEYS
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 8, 2013

2